**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

|  | 100 EAST FIFTH STREET, ROOM 540 |  |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: April 06, 2026


 Mr. Mark R. Brown

Mr. Oliver B. Hall

Ms. Jeanine Amid Hummer

Ms. Julie M. Pfeiffer

Mr. Eli Redfern

Mr. Stephen P. Tabatowski

Mr. Mark D. Tucker

Mr. Brian Zagrocki

    Re: Case No. 26-3272
       *Samuel Ronan, et al v. Frank LaRose, et al*
       Originating Case No. 2:26-cv-00343

Dear Counsel,

   The Court issued the enclosed Order today in this case.

              Sincerely yours,

              s/Kelly Stephens

              Case Management Specialist: Antoinette
              Direct Dial No. 513-564-7015

cc: Mr. Richard W. Nagel


Enclosure