**No. 26-3272**

## IN THE UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

SAMUEL RONAN AND ANA CORDERO,    :
      Plaintiffs-Appellants,    :  On Appeal from the
          :  United States District Court
    v.    :  for the Southern District of Ohio
          :  Eastern Division
FRANK LAROSE, *ET AL.*,    :
      Defendants-Appellees.    :  District Court Case
          :  No. 2:26-cv-343
          :

---

### DEFENDANTS-APPELLEES' MOTION TO DISMISS

---

Defendants-Appellees Frank LaRose, Douglas J. Preisse, Meredith Freedhoff, Jamie L. Shumaker, and Michael E. Sexton respectfully move this Court to dismiss Plaintiffs-Appellants' interlocutory appeal as moot.

Appellants initiated this interlocutory appeal on April 3, 2026, after the district court denied their motion for a preliminary injunction restoring Samuel Ronan to the ballot for the Republican primary in Ohio's Fifteenth Congressional District, which was set for May 5, 2026. Appellants then sought a preliminary injunction pending appeal and an administrative stay. Dkt. 10. This Court denied that request on April 6, 2026. Dkt. 20-1.

1

On April 17, 2026, eighteen days before the primary election, Appellants asked this Court to dismiss their interlocutory appeal as moot. Dkt. 21. This Court denied that motion. Dkt. 22-2.

Now, "[t]he targeted election has come and gone, making this request for preliminary relief moot." *Brown v. Yost*, 122 F.4th 597, 599 (6th Cir. 2024) (en banc) (per curiam).

This scenario is nearly indistinguishable from *Brown*. There, the appellant appealed the district court's denial of her request for a preliminary injunction to require the Ohio Attorney General to certify the summary of her proposed constitutional amendment, in the hopes of placing the issue on the November 2024 ballot. *Id.* at 600. After the November 2024 election ended, this court found "Brown's appeal from the denial of a preliminary injunction [was] moot" because the relief sought in the preliminary injunction—and corresponding interlocutory appeal—was aimed specifically at the November 2024 election. *Id.* at 601. "Given the 'nature of the relief sought,' the matter is 'moot because the . . . election is over.'" *Id.* at 602 (quoting *Brockington v. Rhodes*, 396 U.S. 41, 43 (1969) (per curiam)).

Likewise here, Appellants sought a preliminary injunction to place Samuel Ronan on the May 5, 2026, primary ballot, and they appealed the denial of that motion. *See* Dkt. 10 at 1; Dkt 16 at 4–6. Because the May 5, 2026, primary election

2

is over, this interlocutory appeal, which related solely to that election, is moot under *Brown*. As Appellants noted in their previous motion to dismiss, this appeal "certainly will be [moot] following the completion of Ohio's primary election on May 5, 2026." Dkt. 21 at 6.

Briefing is set to begin in this case on June 8, 2026. Dkt. 23. In the interest of judicial economy and preserving the parties' resources, this Court should dismiss this interlocutory appeal as moot.

Respectfully submitted,

DAVE YOST
Attorney General of Ohio

/s/ *Julie M. Pfeiffer*

Julie M. Pfeiffer*
  *Counsel of Record*
Mark Tucker
Stephen P. Tabatowski
Gregory A. Rustico
Assistant Attorneys General
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 614.466.2872 | Fax: 614.728.7592
Julie.Pfeiffer@OhioAGO.gov
Mark.Tucker@OhioAGO.gov
Stephen.Tabatowski@OhioAGO.gov
Gregory.Rustico@OhioAGO.gov

*Counsel for Defendant-Appellee Ohio Secretary of State Frank LaRose*

3

**SHAYLA D. FAVOR**
**PROSECUTING ATTORNEY**
**FRANKLIN COUNTY, OHIO**

*/s/ Brian D. Zagrocki*
Brian D. Zagrocki (0101970)
Jeanine A. Hummer (0030565)*
  *Counsel of Record*
Eli F. Redfern (0103481)
Assistant Prosecuting Attorneys
373 South High Street, 13th Floor
Columbus, Ohio 43215-6318
(614) 525-7236 (P)/(614) 525-6012 (F)
bzagrocki@franklincountyohio.gov
jhummer@franklincountyohio.gov
eredfern@franklincountyohio.gov

*Counsel for Defendants-Appellees Preisse,*
*Freedhoff, Shumaker, and Sexton*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify, in accordance with Rule 32(g) of the Federal Rules of Appellate Procedure, that this motion complies with the type-volume requirements and contains 402 words.  *See* Fed. R. App. P. 27(d)(2)(A).

I further certify that this motion complies with the typeface requirements of Federal Rule 32(a)(5) and the type-style requirements of Federal Rule 32(a)(6) because it has been prepared in a proportionally spaced typeface using Microsoft Word in 14-point Times New Roman font.

*/s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER
Assistant Attorney General

## CERTIFICATE OF SERVICE

I hereby certify that on this 28th day of May 2026, this motion was filed electronically.  Notice of this filing will be sent to all parties for whom counsel has entered an appearance by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Julie M. Pfeiffer*

JULIE M. PFEIFFER
Assistant Attorney General