**UNITED STATES COURT OF APPEALS**
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Kelly L. Stephens | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed:  May 29, 2026

Mr. Mark R. Brown
303 E. Broad Street
Columbus, OH 43215

Mr. Oliver B. Hall
Center for Competitive Democracy
P.O. Box 21090
2515 Cliffbourne Place, N.W.
Washington, DC 20009

Ms. Jeanine Amid Hummer
Prosecuting Attorney's Office
for the County of Franklin
373 S. High Street
13th Floor
Columbus, OH 43215

Ms. Julie M. Pfeiffer
Office of the Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Mr. Eli Redfern
Prosecuting Attorney's Office
for the County of Franklin
373 S. High Street
13th Floor
Columbus, OH 43215

Mr. Gregory A. Rustico
Office of the Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Mr. Stephen P. Tabatowski
Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Mr. Mark D. Tucker
Ohio Attorney General
Constitutional Offices Section
30 E. Broad Street
16th Floor
Columbus, OH 43215

Mr. Brian Zagrocki
Prosecuting Attorney's Office
for the County of Franklin
373 S. High Street
13th Floor
Columbus, OH 43215

  Re: Case No. 26-3272
    *Samuel Ronan, et al v. Frank LaRose, et al*
    Originating Case No. 2:26-cv-00343

Dear Counsel,

Briefing in this case will be held in abeyance temporarily pending a ruling on the motion to dismiss.  When this outstanding matter has been resolved, the clerk's office will issue a new briefing schedule or give the parties other instructions.

      Sincerely,

      s/Antoinette

      Case Management Specialist
      Direct Dial No. 513-564-7015