Case: 26-3272 Document: 37 Filed: 10/26/2026 Page: 1

RECEIVED
OCT 26 2026
KELLY L. STEPHENS, Clerk

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

October 15, 2026

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988

Re: Samuel Ronan, et al.
v. Frank LaRose, Ohio Secretary of State, et al.
Application No. 26A497
(Your No. 26-3272)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kavanaugh, who on October 15, 2026, extended the time to and including November 20, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Pipa Fisher
Case Analyst

RECEIVED
OCT 26 2026
KELLY L. STEPHENS, Clerk

**Supreme Court of the United States**
**Office of the Clerk**
**Washington, DC 20543-0001**

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

NOTIFICATION LIST

Mr. Jeffrey T. Green
Green Lauerman Chartered P.L.L.C.
1050 30th Street NW
Washington, DC 20007

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH 45202-3988